UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| DECCAN VALUE ADVISORS FUND L.P., DECCAN VALUE ADVISORS FUND LTD., A/D VALUE FUND L.P., and Y/D VALUE FUND L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., GERHARD FISCHER, BRUNO SIDLER, MONIKA RIBAR, and THE ERNST GOHNER FOUNDATION,<br><br>Defendants. | Civil Action No. 5:09-CV-00080 |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiffs hereby give notice that the parties have entered into a Settlement Agreement and, therefore, the above captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with all costs of court being paid by the party incurring same.

Dated: September 3, 2010.        Respectfully submitted,

/s/ *David R. Stickney*
David R. Stickney, Attorney-in-Charge
California State Bar No. 188574
davids@blbglaw.som
Elizabeth P. Lin
California State Bar No. 174663
elizabethl@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties having appeared in the above cause by ECF/electronic mail in accordance with Rule 5, Federal Rules of Civil Procedure, on this 3rd day of September, 2010.

/s/ *David R. Stickney*
David R. Stickney